44 So.2d 633

### Archie SEEKERS v. STATE.

3 Div. 559.

Supreme Court of Alabama.

Dec. 22, 1949.

Rehearing Denied March 9, 1950.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for the petition.

Calvin Poole, of Greenville, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decisions of that Court in the case of Seekers v. State, 44 So.2d 628.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.